UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CROPLEY HOLDINGS LTD., | ) |
| Plaintiff, | ) Case No. 1:10-cv-3445 |
| - against - | ) Hon. Ronald A. Guzman |
| ELECTROLUX HOME CARE PRODUCTS, INC., | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR TRANSFER OF VENUE

Now comes Electrolux Home Care Products, Inc., ("Electrolux"), by its attorneys, and respectfully moves this Court pursuant to 28 U.S.C. §§ 1404(a) and 1406(b) for an Order transferring this action to the Peoria Division of the United States District Court for the Central District of Illinois.

In support of this Motion for Transfer of Venue, Electrolux submits the following:

1. Notice of Motion;

2. Memorandum in Support of Defendant's Motion for Transfer of Venue;

3. Declaration of Jacqueline Cooper;

4. Declaration of James W. Dabney;

5. Declaration of Greg Luebbering;

6. Declaration of Greg Miller;

7. Declaration of Arnold L. Sepke; and

    8.    Declaration of Peter Steel.

Dated: September 10, 2010

                                  Respectfully submitted,

                                  _____
                                  James W. Dabney
                                  Justin M. Ross (*of Counsel*)
                              FRIED, FRANK, HARRIS, SHRIVER
                                  & JACOBSON, LLP

                              One New York Plaza
                              New York, New York  10004-1980
                              Telephone:  (212) 859-8000
                              Fax:  (212) 859-4000
                              e-mail:  james.dabney@friedfrank.com

                              Joseph E. Cwik
                              HUSCH BLACKWELL SANDERS LLP
                              120 South Riverside Plaza
                              Suite 2200
                              Chicago, IL  60606
                              312-526-1622
                              312-655-1501 fax

                              Attorneys for Defendant
                              Electrolux Home Care Products, Inc.

7847112